UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────

STEPHEN GANNON,

                     Plaintiff,          22-cv-1760 (JGK)

      - against -                 ORDER

RAMA & MANJULA, LLC ET AL.,

                     Defendants.
───────────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The time for Deepchhaya Inc. to answer the plaintiff's complaint is extended to 6/10, 2022. Rama & Manjula, LLC should file proof of service of its crossclaim against Deepchhaya Inc. by 5/31, 2022.

SO ORDERED.

Dated:    New York, New York
           May 24, 2022

                                        John G. Koeltl
                                 United States District Judge