UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN GANNON,

                      Plaintiff,        22-cv-1760 (JGK)

     - against -                ORDER

RAMA & MANJULA, LLC ET AL.,

                    Defendants.

JOHN G. KOELTL, District Judge:

    The conference scheduled for **June 14, 2022**, at **11:30 a.m.** is canceled.

SO ORDERED.

Dated:    New York, New York
           June 9, 2022

                                      John G. Koeltl
                              United States District Judge