UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────

STEPHEN GANNON,

                             Plaintiff,

     - against -

RAMA & MANJULA, LLC ET AL.,

                             Defendants.
────────────────────────────────
RAMA & MANJULA, LLC,

                            Cross-Claimant,

     - against -

DEEPCHHAYA INC,

                            Cross-Defendant.
────────────────────────────────

22-cv-1760 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The deadline for Deepchhaya Inc to answer the plaintiff's complaint was June 10, 2022. ECF No. 12. The time for Deepchhaya Inc to answer the complaint is extended to 7/1, 2022. If Deepchhaya Inc fails to answer by then, the plaintiff may seek a default judgment against Deepchhaya Inc.

    Rama & Manjula, LLC should ensure that it serves its crossclaim on Deepchhaya Inc in accordance with the relevant federal and state rules for service of process upon a corporation. Federal Rule of Civil Procedure 4(h)(1) provides that a corporation served in a judicial district of the United States must be served either in a manner authorized by the laws

of the state where the district court is located or where service is made, or by "delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process . . . ." The applicable New York provisions relevant to service of process upon corporations are CPLR §§ 311(a)(1) and 312-a.

SO ORDERED.

Dated: New York, New York
June 15, 2022

/s/ John G. Koeltl

John G. Koeltl
United States District Judge