UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN GANNON ET AL.,

                    Plaintiffs,            22-cv-1760 (JGK)

        - against -                        ORDER

RAMA & MANJULA, LLC ET AL.,
                    Defendants.

---

JOHN G. KOELTL, District Judge:

The Court has twice extended the time for defendant Deepchaya Inc. to respond to the complaint and cross-claims against it. See ECF Nos. 12, 15. Deepchaya Inc. has failed to do so. Accordingly, the plaintiff and cross-claimant should follow the Court's rules to seek default judgments against Deepchaya Inc.

SO ORDERED.
Dated:    New York, New York
          July 11, 2022

                              _____
                                    John G. Koeltl
                              United States District Judge