UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEPHEN GANNON,

                        Plaintiff,

                                                                                     22 civ 1760 (JGK)

   -against-

RAMA & MANJULA, LLC, et al.,

                        Defendants.
------------------------------------------------------------X

## ORDER

The Court has received the plaintiff's request for default.

The plaintiff is directed to re-file its default papers, via order to show cause; pursuant to this Court's individual rules. Those papers shall be filed by **September 26, 2022.**

The pretrial conference scheduled for Monday, September 19, 2022, is canceled.

**SO ORDERED.**

                                                                     **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        September 12, 2022