UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN GANNON,

                Plaintiff,

    - against -

RAMA & MANJULA, LLC, et al.,

                Defendants.

22-cv-1760 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant Deepchhaya Inc has not responded to the Order to Show Cause, ECF No. 26. Accordingly, a default judgment should be entered against the defendant. The case is referred to the Magistrate Judge for an inquest as to the appropriate judgment to be entered.

SO ORDERED.

Dated:    New York, New York
            November 4, 2022

                                             John G. Koeltl
                                  United States District Judge