```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
STEPHEN GANNON,                              :
                                             :
                    Plaintiff,               :   22-cv-1760 (JGK) (KHP)
                                             :
           -against-                         :   INQUEST SCHEDULING ORDER
                                             :
RAMA & MANJULA, LLC, et al,                  :
                                             :
                                             :
                    Defendants.              :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/07/2022

**KATHARINE H. PARKER, United States Magistrate Judge:**

This matter has been referred to me to conduct an inquest as to the appropriate judgment to be entered against Defendant Deepchhaya Inc.  (ECF No. 29.)

By **Thursday, December 22, 2022**, Plaintiff shall serve Defendants by mail and file on ECF an inquest memorandum, accompanied by supporting affidavits and exhibits setting forth proof of damages, including the costs of this action, Plaintiff's reasonable attorneys' fees, and proposed findings of fact and conclusions of law against Defendant Deepchhaya.

All proposed findings of fact must be supported by admissible evidence introduced through affidavit.  To the extent a Proposed Finding contains any allegations regarding liability, the Proposed Finding should cite to the appropriate paragraph of the Complaint.

All proposed findings of law must be supported by reference to applicable law.  Claims for actual or statutory damages must be specified and supported with admissible evidence. Claims for attorneys' fees and costs must be supported by detailed attorney time records and evidence of costs introduced through an attorney declaration.

In addition, the inquest memorandum shall discuss why the Court should not hold the inquest in abeyance pending resolution of the merits against Answering Defendant. *See, e.g. Francis v. City of New York*, 2019 WL 8918743, at *3 (S.D.N.Y. Nov. 12, 2019), *report and recommendation adopted*, 2020 WL 2792995 (S.D.N.Y. May 29, 2020) (explaining that the inquest on damages was held in abeyance pending the resolution of claims against non-defaulting defendants); *Alvarez v. Well-S Indus., Inc.*, 2014 WL 2895458, at *3 (S.D.N.Y. June 23, 2014) (recommending the inquest be conducted only after liability was determined for all defendants).

The submission shall also contain a concluding paragraph that succinctly summarizes what damage amount (or other monetary relief) is being sought, including the exact dollar amount being sought.

Defendant Deepchhaya Inc. shall send to the parties and file with the Court its response, if any, to Plaintiff's submissions no later than **Monday, January 23, 2023.**

An Inquest Hearing is scheduled on **Thursday, February 2, 2023 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York NY.

Dated:  New York, New York
        November 7, 2022

SO ORDERED:

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge