## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GANNON, et al.,<br><br>                                Plaintiff,<br><br>-against-<br><br>RAMA & MANJULA, LLC, et al.,<br><br>                          Defendants. | **NOTICE OF VOLUNTARY DISMISSAL OF DEEPCHHAYA INC PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>1:22:cv-1760-JGK-KHP<br><br>Judge John G. Koeltl<br>Magistrate Judge Katharine H. Parker |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

STEPHEN GANNON, by and through his undersigned counsel, voluntarily dismisses Defendant

DEEPCHHAYA INC from this action, without prejudice. As of the date of this notice, neither an

answer to the Complaint, nor a motion for summary judgment has been filed by Defendant

DEEPCHHAYA INC.


Signed: January 25, 2023


/s/ Adam Ford
Adam Ford (NYB #4115531)

Attorney for the Plaintiff
FORD & HUFF LC
228 Park Avenue South
New York, NY 10003
Telephone: (213) 915-4291
Email: adam.ford@fordhufflaw.com

SO ORDERED:

U.S.D.J.

1/26/23

1