USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
STEPHEN GANNON,

              Plaintiff,              22-cv-1760 (JGK) (KHP)

           -against-                **ORDER**

RAMA & MANJULA, LLC, et al,

              Defendants.
---------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On November 4, 2022, this matter was referred to me to conduct an inquest as to the appropriate judgment to be entered against the defaulting defendant, Defendant Deepchhaya Inc. (ECF No. 29.) I set a briefing schedule and scheduled an Inquest Hearing. (ECF No. 30.)

On January 25, 2023, Plaintiff filed a notice of voluntary dismissal against Defendant Deepchhaya Inc. (ECF No. 36.) On January 26, 2023, the Honorable Judge John G. Koeltl so-ordered that Defendant Deepchhaya Inc. be dismissed from this action without prejudice. (ECF No. 37.)

In light of the dismissal of this action against Defendant Deepchhaya Inc., the Inquest Hearing previously scheduled on Monday, February 27, 2023 at 11:00 a.m. is adjourned sine die. Plaintiff shall serve a copy of this order on Defendant Deepchhaya Inc.

Dated: New York, New York
       February 21, 2023

                                                SO ORDERED:

                                                *Katharine H. Parker*
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge