UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN GANNON,

               Plaintiff,

   - against -

RAMA & MANJULA, LLC, ET AL.,

              Defendants.

22-cv-1760 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff and defendant Rama & Manjula, LLC are directed to provide an update on the status of this action by **May 25, 2023**.

SO ORDERED.

Dated:   New York, New York
          May 18, 2023

                                          John G. Koeltl
                                  United States District Judge