**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHEN GANNON, et al.,<br><br>                              Plaintiff,<br><br>-against-<br><br>RAMA & MANJULA, LLC, et al.,<br><br>                              Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>1:22-cv-1760<br><br>Judge John G. Koeltl |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(a)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel(s) that the above-captioned action is voluntarily dismissed against the

defendant(s), RAMA & MANJULA, LLC, DEEPCHHAYA INC, CORPORATIONS 1-X,

JOHN DOE 1-X, et al., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).


_____
*Signature of plaintiff or Plaintiff's Counsel*

228 Park Avenue S, PMB 52932
*Address*

New York, New York 10003-1502
*City, State, & Zip Code*

(213) 915-4291
*Telephone Number*


Dated: May 4, 2023


_____
*Signature of* **Rama & Manjula, LLC** *or counsel*

521 Fifth Avenue, 17ᵗʰ Floor
*Address*

New York, New York 10175
*City, State, & Zip Code*

(646) 554-4421
*Telephone Number*


Dated: ___**MAY 22, 2023**___


**SO ORDERED:**

_____
5/23/23        U.S.D.J.

1